**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**(Eastern Division)**

| | |
|---|---|
| _____ ) | |
| **In re:** ) | |
| ) | **Chapter 7** |
| **AUTO TREND, INC.** ) | **Case No. 13-10427 (FJB)** |
| ) | |
| ) | |
| **Debtor.** ) | |
| _____) | |

**MOTION TO WITHDRAW OBJECTION TO MOTION FOR**
**RELIEF FROM AUTOMATIC STAY**

To the Honorable Frank J. Bailey, United States Bankruptcy Judge:

Donald R. Lassman, the Chapter 7 Trustee (the "Trustee"), hereby moves to withdraw his objection (the "Objection") to the _Motion for Relief from the Automatic Stay_ (the "Motion") filed by the Bank of New England ("BNE"). Upon further review of the documents and after discussing the matter with Debtor's counsel and counsel for BNE, the Trustee withdraws his objection to the Motion. The Trustee further requests that the hearing scheduled for July 16, 2013 at 10: A.M. be cancelled.

**WHEREFORE**, the Trustee respectfully requests that the Court enter an order:

(a)    Withdrawing his objection to the Motion;

(b)    Cancelling the hearing scheduled for July 16, 2013; and

(b)    Granting to the Trustee such other and further relief as this Court deems just and proper.

**DONALD R. LASSMAN,**
**CHAPTER 7 TRUSTEE**
By his counsel,


/s/  Jesse I. Redlener
Jesse I. Redlener (BBO #646851)
DALTON & FINEGOLD, LLP
34 Essex Street
Andover, MA 01810
Phone: (978) 269-6420
Fax: (978) 470-8338
jredlener@dfllp.com

Dated:  July 15, 2013

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**(Eastern Division)**

|  |  |  |
|---|---|---|
| **In re:** | ) | |
| | ) | **Chapter 7** |
| **AUTO TREND, INC.** | ) | **Case No. 13-10427 (FJB)** |
| | ) | |
| | ) | |
| **Debtor.** | ) | |

<u>CERTIFICATE OF SERVICE</u>

I, Jesse I. Redlener, hereby certify that on July 15, 2013, I served the *Withdrawal of the Objection to Motion for Relief from the Automatic Stay* on all interested parties via ECF and those requesting notice via first class mail as set forth on the service list below.

/s/  Jesse I. Redlener
Jesse I. Redlener (BBO #646851)
DALTON & FINEGOLD, LLP
34 Essex Street
Andover, MA 01810
Phone: (978) 269-6420
Fax: (978) 470-8338
jredlener@dfllp.com

**SERVICE LIST**

VIA ECF:

John Fitzgerald
ustpregion01.bo.ecf@usdoj.gov

Donald Lassman
don@lassmanlaw.com, dlassman@ecf.epiqsystems.com

Steven Wojtasinski on behalf of Debtor Auto Trend, Inc.
wojomania@comcast.net

James Remmes on behalf of Creditor Bank of New England
jremmes@autouse.com

VIA FIRST CLASS MAIL:

NextGear Capital
1320 City Center Drive
C/O Patricia Herbst-Burton
Carmel, IN 46032