UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
**Proceeding Memorandum/Order**

**In Re:** Auto Trend, Inc.                                    **Case/AP Number** 13-10427 **-FJB**
                                                              **Chapter** 7

    #31 Motion of Bank of New England for Relief from Automatic Stay Re: Six Automobiles (J. Remmes)
    #32 Objection of Chapter 7 Trustee (J. Redlener)

**COURT ACTION:**

_____Hearing held

_____Granted         _____Approved          _____Moot

_____Denied          _____Denied without prejudice       _____Withdrawn in open court

_____Overruled   _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order     _____Released  _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

In light of the withdrawal of the Trustee's objection to the motion [Doc. 35], movant is hereby granted relief from the automatic stay to exercise its rights to the vehicles.  Relief from the 14-day stay of this order in Rule 4001(a)(3) is denied.

The hearing scheduled for July 16, 2013 is canceled.

IT IS SO ORDERED:

_/s/ Frank J. Bailey_                                    Dated: 07/15/2013
Frank J. Bailey
United States Bankruptcy Judge